■ DOROTHY BELL, Appellant, v. WICK MOTOR SALES, INC. et al., Respondents.— Judgment unanimously affirmed, without costs. Memorandum: It is conceded by all of the parties that the charge, relating to the City Ordinance

placing upon the property owner the duty to have the sidewalk in front of his property free of ice and snow by 9 o'clock in the morning, was erroneous. However, upon this record we find that this was not so prejudicial as to warrant a reversal. (Appeal from judgment of Erie Trial Term dismissing complaint in negligence action.) Present — Williams, P. J., Goldman, Henry, Del Vecchio and Marsh, JJ.